UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

**Order Filed on November 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Kenneth & Victoria Jones,

Debtor.

Case No.:  15-26749-MBK

Adv. No.:

Hearing Date:  9/19/2017 @ 10:00 a.m..

Judge:  Michael B. Kaplan

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: November 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Kenneth Jones & Victoria Jones
Case No:  15-26749-MBK
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR
RELIEF FROM STAY

_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to vehicle known as 2010 Toyota Scion XD, VIN JTKKU4B44A1005436 and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Brad Spiller, Esq., attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of November 14, 2017, Debtor is  due for the regular installment payment due November 5, 2017, which is to be paid in the normal course; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular installment payments are to resume November 5, 2017, directly to Secured Creditor outside of the plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall maintain insurance on the subject vehicle; and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                        Case No. 15-26749-MBK
Kenneth L. Jones                                             Chapter 13
Victoria L. Jones
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Nov 29, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
db/jdb        Kenneth L. Jones,    Victoria L. Jones,    906 Beverly Rd,    Burlington, NJ   08016-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)     on behalf of Trustee Albert  Russo docs@russotrustee.com
          Alexandra T. Garcia     on behalf of Creditor    PNC Bank, National Association NJECFMAIL@mwc-law.com
          Brad J. Spiller    on behalf of Debtor Kenneth L. Jones bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Brad J. Spiller    on behalf of Joint Debtor Victoria L. Jones bankruptcy@brennerlawoffice.com,
           aarcher@brennerlawoffice.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    PNC Bank, National Association mcohen@mwc-law.com,
           jhillier@mwc-law.com
                                                                              TOTAL: 7