**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kenneth L. Jones | Social Security number or ITIN xxx–xx–8521 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Victoria L. Jones | Social Security number or ITIN xxx–xx–3839 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–26749–MBK | |

# Order of Discharge                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kenneth L. Jones                                  Victoria L. Jones

<u>1/4/21</u>                                         **By the court:** <u>Michael B. Kaplan</u>
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 15-26749-MBK
Kenneth L. Jones  Chapter 13
Victoria L. Jones
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jan 04, 2021      Form ID: 3180W      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Kenneth L. Jones, Victoria L. Jones, 906 Beverly Rd, Burlington, NJ 08016-1002 |
| 515722486 | + | Acb Receivables Mngmt, 19 Main St, Asbury Park, NJ 07712-7012 |
| 515722488 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 515722489 | + | Ars Account Resolution, 1643 Harrison Pkwy Ste 1, Sunrise, FL 33323-2857 |
| 515722494 | | Emrg Phy Assoc Of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 515722499 | | Lourdes Cardiology Services, PO Box 31077, Newark, NJ 07101-0130 |
| 515822475 | + | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515722500 | + | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike #220, Syosset, NY 11791-4449 |
| 515722501 | + | Pnc Mortgage, 1801 E 9th St Ste 200, Cleveland, OH 44114-3103 |
| 515809640 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 515722502 | | South Jersey Emergency Physicians, PO Box 27005, Newark, NJ 07101-6705 |
| 515722503 | | State Of New Jersey, Dept Of Treasury, Division Of Taxation, PO Box 46, Trenton, NJ 08601-0046 |
| 515722504 | | State Of New Jersey, Dept Of Treasury, Division Of Taxation, PO Box 444, Trenton, NJ 08603-0444 |
| 515861992 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 515722507 | + | Tsi/51, 507 Prudential Rd, Horsham, PA 19044-2308 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 04 2021 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 04 2021 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515722487 | + | Email/Text: bankruptcies@amerassist.com | Jan 04 2021 21:47:00 | Amerassist Ar Solution, 445 Hutchinson Ave Ste 5, Columbus, OH 43235-8616 |
| 515728651 | | EDI: AIS.COM | Jan 05 2021 02:03:00 | American InfoSource LP as agent for, Presence Health, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 515722490 | | EDI: BANKAMER.COM | Jan 05 2021 01:58:00 | Bank Of America, Attention: Recovery Department, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 515722491 | + | EDI: CAPITALONE.COM | Jan 05 2021 01:58:00 | Capital One Bank, ATTN: BANKRUPTCY DEPT., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 515722492 | | EDI: CITICORP.COM | Jan 05 2021 01:58:00 | Citibank/the Home Depot, Citicorp Credit Srvs/Centralized Bankrup, PO Box 790040, Saint Louis, MO 63179-0040 |
| 515722493 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 04 2021 21:41:34 | Dell Financial Services, Dell Financial Services |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 3180W | Total Noticed: 32 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Attn: Bankrupcty, PO Box 81577, Austin, TX 78708-1577 |
| 515722495 | | EDI: RMSC.COM | Jan 05 2021 01:58:00 | Gecrb/ Hh Gregg, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515722496 | | EDI: RMSC.COM | Jan 05 2021 01:58:00 | Gecrb/jc Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 515722497 | + | EDI: IIC9.COM | Jan 05 2021 02:03:00 | Ic Systems Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 515738159 | | EDI: IRS.COM | Jan 05 2021 01:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 515877204 | + | Email/Text: Bankruptcy.Notices@pnc.com | Jan 04 2021 21:45:00 | PNC Bank, National Association, 3232 Newmark Drive, Attn: Bankruptcy, Miamisburg, OH 45342-5421 |
| 515923169 | | EDI: PRA.COM | Jan 05 2021 02:03:00 | Portfolio Recovery Associates, LLC, C/O Dell Financial Services, LLC, POB 41067, Norfolk VA 23541 |
| 515845491 | | EDI: PRA.COM | Jan 05 2021 02:03:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 515722505 | + | EDI: RMSC.COM | Jan 05 2021 01:58:00 | Syncb/care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 515722506 | | EDI: TFSR.COM | Jan 05 2021 01:58:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515722498 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2021           Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 04, 2021 | Form ID: 3180W | Total Noticed: 32 |

Albert Russo (NA)
    on behalf of Trustee Albert Russo docs@russotrustee.com

Alexandra T. Garcia
    on behalf of Creditor PNC Bank  National Association NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Brad J. Spiller
    on behalf of Debtor Kenneth L. Jones bankruptcy@brennerlawoffice.com
    aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Brad J. Spiller
    on behalf of Joint Debtor Victoria L. Jones bankruptcy@brennerlawoffice.com
    aarcher@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marisa Myers Cohen
    on behalf of Creditor PNC Bank  National Association ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com

TOTAL: 7